ORIGINAL

IN THE UNITED STATES DIST. COURT
FOR THE NORTHERN DIST. OF TEX. - DALLAS DIV.

JAVIER VIDAURRI - Petitioner

V.

CIV. ACTION NO. 3:02-CV-889-M

JANIE COCKRELL - Director
TEX. DEPT. OF CRIM. JUST. - INST-DIV.
Respondent



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 18 2003
CLERK, U.S. DISTRICT COURT
By _____ Deputy

PETITIONER J. VIDAURRI'S OBJECTION TO
RECOMMENDATION ON THIS CAUSE.

COMES NOW, JAVIER VIDAURRI, Petitioner, PRO SE, AND FILES this, OBJECTIONS, Pursuant to 28 U.S.C. 2254, SENATE BILL 3 (SB3). MURRAY V. CARRIE, 106 S.CT. 2639, 2649; Coleman 111 S.CT. 2554-55.

- I -

THE COURT HAS Jurisdiction over subject MATTER And the Parties Pursuant to 28 U.S.C. 2254.

- II -

PETITIONER has provided this court every Allegation of fact with exhibits supported by the original TRIAL Record TRANSCRIPT which the Respondent still continues to be in a deep stage of denial.

-1-

- III -

Petitioner continues to be unlawfully Restrained in the unlawful Custody of Respondent Cockrell Pursuant to A Wrongful Judgment And sentence of the Crim. Dist. Ct. No. 1 of Dallas Co., TX. IN CAUSE NO. F-9603172-IH, STYLED, The State of TEX. V. Javier Vidaurri, Ex Parte, Vidaurri, Application No. 50,926-01.

- IV -

Had Petitioner's Appeal Attorney Not violated his Sixth Amendment, GUARANTEES APPLICANT the right to effective Assistance, of counsel in criminal prosecutions. Petitioner Requested that his Appeal's attorney be subpoena And in this Honorable Court, under oath Testify As to why the Tex. Bar Ruled that she was not effectively assisting Petitioner. SEE Exhibit on Fed. Habeas Corpus where State Bar of Tex. Wrote Petitioner and They DID find His Appeal's Atty. to be ineffetive on his Appeal. This Atty. Also refused to file or Respond to the court of Appeals, Even after petitioner Repeatedly wrote the Court of Appeals (AS CT. Records will Reflect). This Attorney And the State Bar of Texas. Respondent thereby, And by the State own Admittance, Admit the Attorney for petitioner was totally ineffective for not filing

-2-

in time to the court Petition for discretionary Review with the Ct. of Crim. Appeals.

Had Attorney filed or notified petitioner of such right to seek discretionary review by the state's highest court, Court of Criminal Appeals, petitioner would had prevailed, & got a "New trial". Or mayhaps had the capital murder offence reduced to murder, and show how petitioner would then be subject to a range of punishment from 5-99, or life. And Respondent thereby is correct, in part. It was the total ineffective assistance of counsel which Respondent Proves — And not the failure of Petitioner as Ct. Crim. Appeals Records will Reflect, as well as State Bar of Texas where Petitioner repeatedly wrote in an attempt to get a response from his Appeal's Attorney, Ct. Crim. Appeals and-or State Bar of Texas.

## V

Petitioner will show that if he knew of such law as (AEDPA), Antiterrorism and Effective Death Penalty Act of 1996. He would of went through proper processure, and not have fallen victim to 2254, had my Attorney adviced petitioner of such limitations.

-3-

Petitioner Prays that this court grants the objections and reviews original Fed. Writ and grants relief.

As under oath, Petitioner certifies that the above is true and correct to the best belief of Petitioner pursuant to 132.001 through 132.003 Tex. Civ. Prac. and Rem. Code s Art. 11.14 (5) V.A.-C.C.B. Petitioner declares under Penalty of Perjury that the above is TRUE and correct to the best of Petitioner herein seeking Relief.

Respectfully <u>Javier Vidaurri #769567</u>-5, February 2003

Petitioner: Javier Vidaurri, TDC #769567
ALLRED UNIT
2101 FM 369 N.
IOWA PARK TX. 76367

CC. J. Vidaurri
K.K. - Assist. Atty Gen.
1- copy court.

-4-

Feb. 5, 2003

Honorable Karen Mitchell, Clerk
U.S. Dist. Court
Northern Dist. of Texas
Dallas Division
14-A-20 Earle Cabell Fed. Bldg.
1100 Commerce St. Dallas, TX. 75242

RE: JAVIER VIDAURRI V. JANIE COCKRELL, DIRECTOR, TEX. DEPT. OF CRIM. JUST. - INST. DIV. 3:02-CV-889-M

DEAR CLERK:

Enclosed herein please find this original copy of objection to conclusion on said cause, 3:02-CV-889-M

Thank you kindly for your blessed assistance in the case at bar.

Sincerely,
Javier Vidaurri

Javier Vidaurri - TDCJ-ID# 769567
Allred Unit
2101 FM 369 N.
Iowa Park, TX. 76367

cc: Karyl Krug
Assist. Atty. Gen.
P.O. Box 12548,
Capitol Station
Austin, TX. 78711